<div style="text-align:center">

**FREEMAN, NOOTER & GINSBERG**
ATTORNEYS AT LAW

</div>

| | |
|---|---|
| LOUIS M. FREEMAN | 75 MAIDEN LANE |
| THOMAS H. NOOTER | SUITE 907 |
| LEE A. GINSBERG | NEW YORK, N.Y. 10038 |
| _____ | _____ |
| | ___ |
| NADJIA LIMANI | (212) 608-0808 |
| OF COUNSEL | TELECOPIER (212) 962-9696 |
| _____ | E-MAIL: FNGLAW@AOL.COM |
| CHARLENE RAMOS | WWW.FNGLAW.COM |
| OFFICE MANAGER | |

<div style="text-align:center">May 16, 2024</div>

BY ECF
Hon. Edgardo Ramos
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

<div style="text-align:center">

Re: United States v. Raymond Melo
22 CR 270 (ER)

</div>

Dear Judge Ramos:

      Earlier today, we filed Defendant Raymond Melo's redacted sentencing submission without exhibits via ECF (D.E. 20). We e-mailed a complete unredacted copy of the sentencing submission (with exhibits) to the Government yesterday. We will be submitting a hard copy of the complete submission to Chambers this afternoon. Because the exhibits consist of the defendant's plea agreement and our mitigation report (which contains detailed medical and mental health information), we request that Exhibits A and B be filed under seal.

<div style="margin-left:50%">

Respectfully Submitted,

/s/ Louis M. Freeman

_____
Louis M. Freeman

</div>

---

The application to file Exhibits A and B of Melo's sentencing submission is granted.
SO ORDERED.

_[signature]_
Edgardo Ramos, U.S.D.J.
Dated: 5/17/2024
New York, New York